**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS ANGEL CHICO,<br><br>    Petitioner,<br><br>    v.<br><br>KELLY SANTORO, Warden,<br><br>    Respondent. | Case No. LACV 15-8434-PA (LAL)<br><br>**JUDGMENT** |

   Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 2, 2017

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE